FILED
2014 Aug-07 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **DEXTER FIELDS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  4:11-CV-04318-VEH-HGD** |
| | ) | |
| **CORDARO MELTON, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## <u>MEMORANDUM OPINION</u>

The magistrate judge filed a report and recommendation on July 10, 2014, recommending that "the defendants' special report be construed as a motion for summary judgment and, as such, that it be GRANTED and the claims against Officers Thurman and Melton be DISMISSED WITH PREJUDICE." (Doc. 21 at 12). Officers Thurman and Melton are the only remaining defendants in this action.  No objections have been filed by any party.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there are no

genuine issues of material fact and that the defendants are entitled to judgment as a

matter of law.  Accordingly, defendants' motion for summary judgment is due to be

**GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**.  A Final

Judgment will be entered.

      **DONE** and **ORDERED** this 7th day of August, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge